■ In the Matter of ANTHONY MORGAN, Appellant, v TINA M. STANFORD, as Chair of the Board of Parole, Respondent. [37 NYS3d 720]—Appeal from a judgment of the Supreme Court (McDonough, J.), entered April 3, 2015 in Albany County, which, in a proceeding pursuant to CPLR article 78, among other things, dismissed the petition.

Petitioner made an initial appearance before the Board of Parole in 2012 and, after his request for parole release was denied, he commenced this CPLR article 78 proceeding. The Department of Corrections and Community Supervision subsequently discovered that petitioner's aggregate prison term had been miscalculated and that he was not eligible for parole release until 2030. The initial parole release determination, as a result, was voided. Supreme Court dismissed the petition as moot and this appeal ensued.

We affirm. Supreme Court properly dismissed the petition as moot and, contrary to petitioner's contention, we find that the narrow exception to the mootness doctrine is inapplicable (*see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714 [1980]). To the extent that petitioner attempts to challenge the recalculation of his sentence, that issue is not properly before this Court on this appeal.

Peters, P.J., Garry, Rose, Devine and Mulvey, JJ., concur. Ordered that the judgment is affirmed, without costs.